## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV
2294 Lighthouse Lane
Connolly Springs, North Carolina  28612

      Petitioner

v.

DONNA L. BLANCHARD
2078 Ingleside Court
Crofton, Maryland  21114

<u>Serve on</u>:

William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida  32751

and

FINRA[1]
1735 K Street, N.W.
Washington, D.C.  20006

      Respondents

Civil Action No.:

### <u>NOTICE OF FILING TO CONFIRM ARBITRATION AWARD</u>

TO:      William B. Young, Jr., Esq.
            Colling, Gilbert, Wright & Carter
            2301 Maitland Center Parkway, Suite 240
            Maitland, Florida  32751

            and

            FINRA
            B.G. Brooks, Esq.
            Terri Reicher, Esq.
            1735 K Street, N.W.

---

[1] FINRA, the Financial Industry Regulatory Authority, was formerly known as the National Association of Securities Dealers ("NASD").

Washington, D.C. 20006

Please take notice that on this 28th day of September, 2007, a civil action to confirm an arbitration award was filed in the United States District Court for the District of Columbia. Any subsequent filings in the matter should be filed electronically.

Respectfully submitted,

Jeffrey J. Hines, Esq. (#406090)
George S. Mahaffey Jr., Esq. (#MD15083)
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040

Richard J. Magid, Esq.
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
15th Floor
Baltimore, MD 21202-1697
(410) 347-8716

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___28th___ of September 2007, a copy of the foregoing

was sent via first class mail to the following:

B.G. Brooks, Esquire
Terri Reicher, Esquire
FINRA
1735 K Street, N.W.
Washington, D.C.  20006
*Counsel for FINRA*

William B. Young, Jr., Esquire
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida  32751
*Counsel for the Respondent Blanchard*

George S. Mahaffey Jr.

**887049**