IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br><br>　　Petitioner<br><br>v.<br><br>DONNA L. BLANCHARD<br><br>and<br><br>FINRA<br><br>　　Respondents | Civil Action No.:  I:07-CV-01751-RJL |

## ENTRY OF APPEARANCE

Dear Clerk:

　　Please enter the appearance of Betty G. Brooks, Financial Industry Regulatory Authority, Inc. ("FINRA"), as additional counsel for the defendant, FINRA, in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Betty G. Brooks, FL Bar No. 0611603
　　　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　　　Financial Industry Regulatory
　　　　　　　　　　　　　　　　　　Authority, Inc.
　　　　　　　　　　　　　　　　　　1735 K Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　Telephone (202) 728-8288
　　　　　　　　　　　　　　　　　　Facsimile (202) 728-8894

2

/s/
Terri L. Reicher, DC Bar No. 414685
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8967
Facsimile (202) 728-8894

Attorneys for Defendant,
Financial Industry Regulatory
Authority, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of October, 2007, a copy of the foregoing paper was filed with the Court's electronic case filing system and was mailed, via first-class mail, postage prepaid, to:

>Richard J. Magid
>Whiteford, Taylor & Preston
>7 Saint Paul Street
>Baltimore, MD  21202
>
>George S, Mahaffey
>Goodell, DeVries, Leech & Dann, L.L.P.
>One South Street, 20th Floor
>Baltimore, MD  21202
>
>and
>
>William B. Young, Jr.
>Colling, Gilbert, Wright & Carter
>2301 Maitland Center Parkway, Suite 240
>Maitland, FL  32751

.                                        /s/
                                         Betty G. Brooks